# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TOMORROW NICOLE BANKS, : | |
| : | Case No. 2:18-CV-38 |
| **Plaintiff,** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | Magistrate Judge Vascura |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's November 20, 2018, **Report and Recommendation** (ECF No. 14), which recommended that Plaintiff's Statement of Errors (ECF No. 9) be **OVERRULED** and that the decision of the Commissioner be **AFFIRMED**.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 14 at 17). The parties have failed to file any objections, and the deadline for objections (December 4, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein, **OVERRULES** the Statement of Errors, and enters judgment for Defendant. This case is hereby **CLOSED**.

**IT IS SO ORDERED.**

                                                s/ Algenon L. Marbley
                                               **ALGENON L. MARBLEY**
                                               **UNITED STATES DISTRICT JUDGE**

**DATED: January 14, 2018**